**GARCIA HERNANDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
  gtong@ghslaw.com
Alex C. Sears (SBN 232491)
  asears@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Plaintiff-in-Interpleader*
STATE FARM LIFE INSURANCE COMPANY

**LAW OFFICES OF TODD A. MURRAY, INC.**
Todd A. Murray (State Bar #075364)
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Tel: (916) 488-1795
Fax: (916) 481-5080

*Attorneys for Defendant-in-Interpleader*
*And Cross-Complainant*
MARIEL JENEE DORY

**JANSSEN MALLOY LLP**
William H. Stein (CSB #322168)
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071

*Attorneys for Defendant-in-Interpleader*
*And Cross-Defendant*
JENNIFER JENSEN AS SPECIAL ADMINSTRATROR OF
THE ESTATE OF MARYA JENSEY DORY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>MARIEL JENEE DORY and JENNIFER JENSEN, as Special Administrator of the ESTATE OF MARYA JENSEN DORY; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01307-TLN-KJN<br><br>**ORDER RE: STATE FARM LIFE INSURANCE COMPANY'S**<br><br>  **1. DEPOSIT OF INTERPLEADER FUNDS INTO THE COURT'S REGISTRY;**<br>  **2. AWARD OF ATTORNEYS' FEES AND COSTS; AND**<br>  **3. DISCHARGE AND DISMISSAL** |

**ORDER**

MARIEL JENEE DORY, an Individual,

        Cross-Complainant-in-Interpleader,

v.

JENNIFER JENSEN, as Special Administrator of THE ESTATE OF MARYA JENSEN DORY and ROES 1 through 10, inclusive,

        Cross-Defendant-in-Interpleader,

JENNIFER JENSEN, as Special Administrator of THE ESTATE OF MARYA JENSEN DORY,

        Cross-Complainant-in-Interpleader,

v.

MARIEL JENEE DORY, an Individual, and MOES 1 through 10, inclusive

        Cross-Defendant-in-Interpleader

## **ORDER**

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS ORDERED THAT:

    1.    Plaintiff-in-Interpleader State Farm Life Insurance Company ("State Farm") is granted leave to deposit the death benefits and interest under Policy No. LF-0488-7347 and Policy No. LF-0996-8802 into the Court's registry ("Interpleader Funds").

   2. State Farm is awarded its attorneys' fees and costs in the amount of $3,828.50, which can be deducted from the Interpleader Funds that State Farm will deposit into the Court's registry.

   3. State Farm is discharged from all further liability related to Policy No. LF-0488-7347 and Policy No. LF-0996-8802 and these Policies' death benefits after it deposits the Interpleader Funds into the Court's registry;

   4. State Farm is dismissed from this action with prejudice.

DATED: November 1, 2023

               Troy L. Nunley
               United States District Judge