William H. Stein (CSB #322168)
JANSSEN MALLOY LLP
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071

Attorneys for Defendant-in Interpleader
Jennifer Jensen as Special Adminstratror of
The Estate of Marya Jensey Dory

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIEL JENEE DORY and JENNIFER JENSEN as Special Administrator of MARYA JENSEN DORY; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants.<br>_____<br>MARIEL JENEE DORY, an Individual,<br><br>　　　　Cross-Complainant,<br><br>vs.<br><br>JENNIFER JENSEN, as Special Administrator of THE ESTATE OF MARYA JENSEN DORY and ROES 1 through 10, inclusive,<br><br>　　　　Cross-Defendant,<br>_____ | Case No.: 2:23-cv-01307-TLN-CSK<br><br>STIPULATED ORDER FOR DISBURSEMENT OF FUNDS AND FINAL JUDGMENT |

/ / /

JENNIFER JENSEN, as Special Administrator of THE ESTATE OF MARYA JENSEN DORY,

    Cross-Complainant,

vs.

MARIEL JENEE DORY, an Individual, and MOES 1 through 10, inclusive,

    Cross-Defendant.

  Having reviewed the Parties' Stipulation for Order to Disburse Funds and Entry of Judgment and good cause appearing therefor, the Court now GRANTS the relief requested in the stipulation and orders as follows:

  The Clerk of Court is ordered to pay the interpleaded funds currently deposited in the registry of this Court as of November 21, 2023, in this case, and any accrued interest, to Jennifer Jensen, as Administrator of the Estate of Marya Jensen Dory, less the registry fee permitted by E.D. Cal. L.R. 150(f).

  The Clerk shall make the payment payable to:
Jennifer Jensen
c/o Janssen Malloy LLP
730 5th St., Eureka, CA 95501.

  The Clerk shall provide a receipt for the funds and any deductions thereto.

  Upon disbursement of the interpleaded funds, the Court enters a final judgment of dismissal. All parties to bear their own fees and costs.

  IT IS SO ORDERED.

Dated: May 1, 2024

                _____
                Troy L. Nunley
                United States District Judge